RECEIVED

FEB 2 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

RECEIVED

MAR 1 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | | |
|---|---|---|
| **ANNETTE DOMENGEAUX** | * | **CIVIL ACTION NO. 05-2215** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision be REVERSED, and the claimant be awarded appropriate benefits commencing September 24, 2001.

Lafayette, Louisiana, this _13_ day of _____March_____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE